IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-CR-40132-RDR |
| | ) | |
| REGGIE LAMAR GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION FOR EARLY TERMINATION
## AND DISCHARGE FROM SUPERVISED RELEASE

**NOW ON** this 15th day of October, 2010, the above-entitled matter comes on before the court on the defendant's motion for early termination and discharge from supervised release herein. The defendant appears by and through his attorney, Mark L. Bennett, Jr. and the United States appears by and through Assistant United States Attorney, James Brown.

**THEREUPON** the court after being well and duly advised and after reviewing the allegations set out in defendant's motion and after consultation with the defendant's supervising probation officer, finds that said motion should be sustained and that the defendant should be released from his supervised release herein effective on the 15th day of October, 2010.

**IT IS SO ORDERED**.

s/Richard D. Rogers
United States District Judge

PREPARED BY:

1

s/ Mark L. Bennett, Jr.
Mark L. Bennett, Jr., # 578l
BENNETT AND HENDRIX, LLP
5605 SW Barrington Court S. Suite 201
Topeka, KS  66614
(785) 271-0800
(785) 271-0803 (fax)
mark@mlbjrlaw.com
*Attorney for Defendant Reggie Gray*